TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

JS-6

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
43 Danbury Road
Wilton, CT 06897
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Helen S. Green

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Helen S. Green,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Rash Curtis & Associates,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-08363-JFW-JEM<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: January 19, 2016

_____
Judge: Hon. John F. Walter